***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted August 21, portion of judgment requiring defendant to pay a $255
DUII fee vacated, remanded for resentencing, otherwise affirmed
September 13, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RANDY EUGENE HALSEY,
*Defendant-Appellant.*

Linn County Circuit Court
21CR15557; A179284

Brendan J. Kane, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Daniel C. Silberman, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Alex Jones, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Hellman, Judge, and Armstrong, Senior Judge.

ORTEGA, P. J.

Portion of judgment requiring defendant to pay a $255 DUII fee vacated; remanded for resentencing; otherwise affirmed.

**ORTEGA, P. J.**

Defendant appeals from a conviction of driving under the influence of intoxicants (DUII) based on a no contest plea. On appeal, he assigns error to the trial court's imposition of a $1,000 DUII fine and to the imposition of a $255 intoxicant conviction fee. The state concedes error in the court's determination that it did not have authority to suspend some or all of the conviction fee. For the reasons stated in *State v. Colgrove*, 308 Or App 441, 444-46, 480 P3d 1026 (2021), *aff'd on other grounds*, 370 Or 474, 521 P3d 456 (2022), we agree that the trial court erred and accept the state's concession as well taken.

We need not reach defendant's assignment regarding the $1,000 DUII fine imposed pursuant to ORS 813.010(6), because defendant will have an opportunity at resentencing to address that issue. *Id.* at 446.

Portion of judgment requiring defendant to pay a $255 DUII fee vacated; remanded for resentencing; otherwise affirmed.